UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

v.

D-1 RICHARD SOLLARS,
D-2 SHADY AWAD, and
D-3 JEFFREY BAUM,

    Defendants.
_____/

Case:2:19-cr-20836
Judge: Goldsmith, Mark A.
MJ: Stafford, Elizabeth A.
Filed: 12-18-2019 At 11:06 AM
USA V SEALED MATTER (LG)

## GOVERNMENT'S MOTION AND SUPPORTING BRIEF TO SEAL INDICTMENT AND ARREST WARRANTS

The United States of America hereby moves for an order sealing the Indictment and Arrest Warrants in this case and states:

1. The indictment in this case charges the Defendants with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure provides:

   *(4) Sealed Indictment.* The magistrate judge to whom an indictment is returned may direct that the indictment be kept secret until the defendant is in custody or has been released pending trial. The clerk must then seal the indictment, and no person may disclose the indictment's existence except as necessary to issue or execute a warrant or summons.

Fed.R.Crim.P. 6(e)(4).

3. The government requests that the Indictment and Arrest Warrants be sealed because it is concerned that the Defendants may attempt to flee, destroy

1

evidence, or intimidate witnesses if the Indictment and Arrest Warrants become a matter of public record before the Defendants are arrested.

WHEREFORE, the government requests this Court to issue an order sealing the Indictment and Arrest Warrants.

> Respectfully submitted,
>
> **Matthew Schneider**
> United States Attorney
>
> /s/ R. Michael Bullotta
> R. Michael Bullotta
> Assistant United States Attorney
> 211 W. Fort Street, Suite 2001
> Detroit, MI  48226
> (313) 226-9507
> Michael.Bullotta@usdoj.gov

Dated:  December 18, 2019

**IT IS SO ORDERED.**

> /s/ Elizabeth A. Stafford
> Elizabeth A. Stafford
> United States Magistrate Judge

Entered:  December 18, 2019