

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

v.

D-1  RICHARD SOLLARS,
D-2  SHADY AWAD, and
D-3  JEFFREY BAUM,

                Defendants.
_____/

Criminal No. 19-20836

Honorable Mark A. Goldsmith

FILED
DEC 19 2019
CLERK'S OFFICE
U.S. DISTRICT COURT

## GOVERNMENT'S MOTION, SUPPORTING BRIEF AND ORDER TO UNSEAL INDICTMENT AND ARREST WARRANTS

The United States of America hereby moves for an order unsealing the Indictment and Arrest Warrants in this case, and states:

1. The Indictment and Arrest Warrants charge the Defendants with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal indictments, implicitly authorizes this Court to unseal indictments.

3. The government requests that the Indictment and Arrest Warrants be unsealed because Defendants are voluntarily appearing for their

arraignments, and are entitled to receive a copy of the Indictment and Arrest Warrants.

WHEREFORE, the government requests this Court to issue an order unsealing the Indictment and Arrest Warrants.

Respectfully submitted,

Matthew Schneider
United States Attorney

*s/R. Michael Bullotta*
R. Michael Bullotta
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
michael.bullotta@usdoj.gov
(313) 226-9507

Dated: December 19, 2019

**IT IS SO ORDERED.**

_____
Elizabeth A. Stafford
United States Magistrate Judge

Entered: 12/19/19