UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

  v.

Richard Sollars, et al.

      Defendants.

Hon. Mark A. Goldsmith

Case No. 19-cr-20836

### NOTICE OF ADDITION OF ASSISTANT U.S. ATTORNEY

To:    Attorney Admission Clerk and All Other Parties

Please take notice of the addition of an Assistant U.S. Attorney as counsel of record for the above captioned case:

*Add the following AUSA:*

Name:    Frances L. Carlson
Bar ID:    P62624
Telephone:    313-226-9696
Fax:    313-226-3271
Email:    frances.carlson@usdoj.gov

*Terminate the Following AUSA:*

N/A

SAIMA S. MOHSIN
Acting United States Attorney

*/s/ Frances L. Carlson*
FRANCES L. CARLSON
Assistant United States Attorney
United States Attorney's Office
211 W. Fort St., Ste. 2001
Detroit, Michigan  48226
frances.carlson@usdoj.gov
(313) 226-9696
P62624

Date:    November 5, 2021