UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v                                                       Case No. 19-20836
                                                     HON. MARK A. GOLDSMITH

D-1 RICHARD SOLLARS,

    Defendant.

_____/

## **ORDER STRIKING STIPULATION**

On April 21, 2023, a stipulation to extend the motion cutoff date was filed [Dkt. 92].

Pursuant to E.D. Mich. Local Rules Appendix ECF Rule 12(a), a proposed stipulation and order must be submitted as a Word or WordPerfect Document via the link under the Utilities section of CM/ECF. The stipulation at issue is not in compliance with the rule.

IT IS ORDERED, that the stipulation [Dkt. 92] is stricken.

SO ORDERED.

Dated: April 24, 2023                                s/Mark A. Goldsmith
       Detroit, Michigan                          MARK A. GOLDSMITH
                                                    United States District Judge