UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Case No. 19-20836 |
| v. | Honorable Mark A. Goldsmith |
| D-1 Richard Sollars, | |
| Defendant. | |

STIPULATION AND ORDER TO EXTEND PLEA CUTOFF DATE

Through their respective counsel, the Government and Defendant Richard Sollars stipulate and agree to extend the plea cutoff date to August 14, 2023. The parties are engaged in plea negotiations and seek additional time to continue these negotiations. The Court previously found excludable delay through the date of trial, September 7, 2023. (ECF No. 85, PageID.531-532). The parties do not anticipate that the new plea cutoff date of August 14, 2023, will delay the September 7, 2023, trial date.

— 2 —

The parties therefore request that the Court extend the plea cutoff date in this case to August 14, 2023.

**IT IS SO STIPULATED.**

<u>*s/Frances Lee Carlson (with consent)*</u>
Frances Lee Carlson
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9696
frances.carlson@usdoj.gov

<u>*s/Todd F. Flood (with consent)*</u>
Todd F. Flood
Attorney for Richard Sollars
155 W. Congress, Suite 603
Detroit, MI 48226
(248) 547-1032
tflood@floodlaw.com

<u>*s/Robert A. Moran (with consent)*</u>
Robert A. Moran
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9553
robert.moran@usdoj.gov

<u>*s/Kevin M. Mulcahy*</u>
Kevin M. Mulcahy
Attorney for Richard Sollars
719 Griswold Street, Suite 280
Detroit, MI 48226
(313) 488-0147
KMulcahy@flannerygeorgalis.com

Dated: July 25, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>D-1 Richard Sollars,<br><br>    Defendant. | Case No. 19-20836<br><br>Honorable Mark A. Goldsmith |

ORDER EXTENDING PLEA CUTOFF DATE

The Court has considered the parties' request to extend the plea cutoff date in this matter to August 14, 2023. For the reasons set forth in the parties' stipulation, the Court grants the parties' request. The plea cutoff date is hereby extended to August 14, 2023 at 3:30 p.m.

**IT IS SO ORDERED.**

Dated:  July 25, 2023       s/Mark A. Goldsmith
  Detroit, Michigan      MARK A. GOLDSMITH
                 United States District Judge