## Notice of Appeal to the Sixth Circuit Court of Appeals

United States District Court for the Eastern District of Michigan

Case Number:  0645 2:19CR20836(1)

UNITED STATES OF AMERICA

v.                                                                                          **Notice of Appeal**

RICHARD SOLLARS

_____

Richard Sollars appeal to the United States Court of Appeals for the Sixth Circuit from the final judgment entered on October 28, 2024 in the United States District Court for the Eastern District of Michigan

(s) <u>Vincent J. Haisha</u>
*Attorney for Richard Sollars*
155 W. Congress, Ste 350
Detroit, MI 48226