UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,                                                    No. 19-CR-20836

                                                        Hon. Mark A. Goldsmith

v.

RICHARD SOLLARS,

   Defendant.

## DEFENDANT'S UNOPPOSED MOTION TO DELAY DATE OF SELF-SURRENDER

Now come the Defendant, Richard Sollars, by and through undersigned counsel, and hereby move this Honorable Court to delay Mr. Sollars' self-surrender date from December 3, 2024 to January 17, 2025. This request for a 45-day delay is based on a pressing need for Mr. Sollars to make personal arrangements prior to the start of his sentence. Counsel has conferred with the Government and there is no opposition to this request.

**WHEREFORE,** it is respectfully requested the Court grant the relief requested herein.

- REST OF PAGE INTENTIONALLY BLANK -

Respectfully submitted,

*s/Vincent J. Haisha*
Vincent J. Haisha
155 W. Congress St., Ste. 350
Detroit, MI 48226

Phone: (248) 547-1032
Email: vhaisha@floodlaw.com
Counsel for Richard Sollars

Dated: November 20, 2024

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was electronically served by counsel for the Defendant on this 18th day of November 2024 via the Court's electronic filing system.

*s/ Vincent J. Haisha*
Vincent J. Haisha