UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

RICHARD SOLLARS,

                Defendant.

_____/

Civil Case No.
19-20836

HON. MARK A. GOLDSMITH

## <u>ORDER DENYING DEFENDANT'S SECOND MOTION TO DELAY SELF-SURRENDER DATE (Dkt. 212)</u>

Before the Court is Defendant Richard Sollars's second motion to delay the date of his self-surrender (Dkt. 212). Following his guilty plea, he was given a concurrent sentence of 60 months for conspiracy to commit bribery and 71 months for wire fraud. In the present motion, Sollars states that his dentist informed him that he had an active dental infection requiring surgery. Inexplicably, Sollars waited until two days before his surrender date to file his motion – even though he had learned from his dentist almost a week before he filed his motion that he would need surgery. Sollars offers no explanation for the delay.

The Court is sympathetic to a defendant's desire to take care of personal affairs before starting a significant custodial period. As a consequence, it granted Sollars's earlier motion to delay self-surrender (Dkt. 204), despite its vague justification "based on a pressing need for Mr. Sollars to make personal arrangements prior to the start of his sentence." <u>See</u> 11/26/24 Order (Dkt. 206) (granting request for 45 additional days to surrender).

Dental needs are certainly important, and prison authorities are obligated to provide appropriate health care to incarcerated individuals.   See Estelle v. Gamble, 429 U.S. 97, 103–04 (1976). The Court is confident that Sollars will receive whatever dental care he needs while incarcerated.

For the above reasons, his second motion to delay surrender (Dkt. 212) is denied.[1]

IT IS SO ORDERED.

Dated:  March 3, 2025                    s/Mark A. Goldsmith
Detroit, Michigan                        MARK A. GOLDSMITH
                                         United States District Judge

---

[1] Sollars's counsel was informed prior to the January 17 surrender date that the motion would be denied. Counsel later informed the Court that Sollars surrendered on the surrender date.